# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY ANN CELEDON,<br><br>Plaintiff,<br><br>v.<br><br>COMMISIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:21-cv-00477-CDB<br><br>ORDER GRANTING EXTENSION OF TIME *NUNC PRO TUNC* FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S OPENING BRIEF<br><br>(ECF No. 26) |

Plaintiff filed this action on March 22, 2021. (ECF No. 1.) On August 10, 2022, Plaintiff filed an untimely Motion for Summary Judgment along with a Motion for Extension of Time. (ECF Nos. 22, 23) On August 18, 2022, the Court filed a an Order *nunc pro tunc* granting Plaintiff's Motion for Extension of Time for good cause shown and deemed the Motion for Summary Judgment timely filed. (ECF No. 24.) On September 27, 2022, Defendant filed a Stipulation and Proposed order for a one-day extension to file the response for Plaintiff's opening brief along with a brief containing the opposition. (ECF Nos. 25, 26.) Defendant attempted to file the brief on the ECF system but was unable to access the system. Accordingly, the Court finds good cause to grant this one-day extension and deems Defendant's brief in opposition to be timely filed.

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that Defendant

//

//

1

1 Defendant shall have an extension *nunc pro tunc*, up to and including September 27, 2022, to respond to Plaintiff's Motion for Summary Judgment. Defendant's brief filed on September 27, is deemed to be timely.

IT IS SO ORDERED.

Dated: __**October 19, 2022**__                    _____
                                                                        UNITED STATES MAGISTRATE JUDGE